1  WILLIAM CORMAN State Bar No. 85483
   BOGATIN, CORMAN & GOLD
2  300 Frank Ogawa Plaza, Suite 370
   Oakland, CA 94612
3  (510) 832-5005

4  Attorneys for Plaintiff

APPROVED
Judge Fern M. Smith

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN C. "CHRIS" GILL | No. C044547FMS |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| vs. | |
| PRIMEDIA BUSINESS MAGAZINES & MEDIA, INC. and DOES I through XX, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties in this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

The Clerk is instructed to close the case.

Dated: June 21, 2005

BOGATIN, CORMAN & GOLD

By: _____
WILLIAM CORMAN
Attorney for Plaintiff

Dated: June 22, 2005

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
ROBERT S. SHWARTS
Attorney for Defendant
PRIMEDIA BUSINESS MAGAZINES & MEDIA, INC.

STIPULATION OF DISMISSAL